IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0532

_____

DARRELL LEE CONSTRUCTION, LLC,

       Third-Party Plaintiff and Appellant,

   v.

SUPERIOR HARDWOODS AND MILLWORK,
INC. d/b/a GRIZZLY FLOORING
INSTALLATION,

       Third-Party Defendant and Appellee.

_____

O R D E R

Appellant has filed a Motion to Keep Consolidated Appeals Open in this matter. A Mediator's Report was filed on October 26, 2022, advising the Court this case had been settled. Appellant asks the Court for additional time to complete the settlement agreement.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties have until December 27, 2022, within which to file a stipulation for dismissal or a report on the status of this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 23 2022